# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DANIELS SHARPSMART, INC.,** ) | |
| a Delaware Corporation, ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. |
| **v.** ) | |
| ) | |
| **MWT ND OPS LLC d/b/a MONARCH** ) | |
| **WASTE TECHNOLOGIES,** ) | |
| a North Dakota Limited Liability Company, ) | |
| ) | |
| **Defendant.** ) | |

## COMPLAINT FOR BREACH OF CONTRACT

Plaintiff, Daniels Sharpsmart, Inc. ("Daniels"), a Delaware corporation, by and through its attorneys, as and for its Complaint for Breach of Contract against Defendant, MWT ND OPS LLC d/b/a Monarch Waste Technologies ("Monarch"), a North Dakota limited liability company, states and alleges as follows:

## PARTIES

1. Daniels is a Delaware corporation with its principal place of business located at 111 W. Jackson Blvd., #1900, Chicago, IL 60604.

2. Monarch is a North Dakota limited liability company with its principal place of business located at 8235 Douglas Avenue, Suite 720, Dallas, TX 75225.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) because Daniels and Monarch are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district since the contract at issue in this litigation provides that the parties agreed that any disputes shall be brought in the federal court in Chicago, Illinois.

## FACTS

5. Daniels is engaged in the business of providing sharps solutions, transportation, waste management and/or direct disposal processing of biomedical waste.

6. Daniels and Monarch (collectively, the "Parties") commenced business in or around April 2022 pursuant to a written service agreement in which Daniels agreed to act as Monarch's medical waste treatment provider (the "Monarch Agreement"). A copy of the Monarch Agreement is attached as **Exhibit A**.

7. Pursuant to the Monarch Agreement, Monarch requested, and Daniels provided, sharps solutions and other waste management services, and Daniels issued invoices to Monarch for such services.

8. Pursuant to the Monarch Agreement, Daniels was to send invoices to Monarch for the services that it performed, which Monarch was required to pay within 30 days.

9. Monarch has failed to remit payments to Daniels in breach of the Monarch Agreement.

10. As of the date of this filing, a total of $108,100.19 remains unpaid by Monarch, excluding interest.

11. Monarch has refused to satisfy its obligations under the Monarch Agreement by paying its outstanding balance.

12. Daniels has fully performed all of its obligations owed under the Monarch Agreement.

13. Monarch has breached its obligations owed to Daniels under the Monarch Agreement by failing and refusing to pay Daniels for the invoiced amount due and owing.

14. The Monarch Agreement provides that if Monarch failed to timely pay the invoices, it would be subject to prescribed late charges, interest at the maximum rate permitted by law, and reasonable attorneys' fees and costs that Daniels incurs to collect overdue amounts.

15. As the direct and proximate cause of Monarch's breach, Daniels has sustained damages in the amount of $108,100.19, plus prejudgment interest, attorneys' fees and costs.

WHEREFORE, Plaintiff, Daniels Sharpsmart, Inc., prays for judgment in its favor and against Defendant, MWT ND OPS LLC d/b/a Monarch Waste Technologies, for damages in the amount of $108,100.19, plus prejudgment interest, attorneys' fees and costs of suit.

Dated: September 27, 2023

Matthew C. Wasserman, Esq.
Michelle A. Rakestraw, Esq.
Dinsmore & Shohl LLP
222 W. Adams, Suite 3400
Chicago, IL 60606
Matthew.wasserman@dinsmore.com
Michelle.rakestraw@dinsmore.com
(312) 837-4316
Atty. No. 58012

**DANIELS SHARPSMART, INC.**,
Plaintiff,

By: _/s/ Matthew C. Wasserman_
One of Its Attorneys